WILLIAM C. SMITH, Appellant, *v.* JAMES R. HESLIN, as Administrator of JOHN L. MILLIKIN, Deceased, et al., Respondents.

*Smith* v. *Heslin*, 85 App. Div. 623, appeal dismissed.
(Argued April 10, 1905; decided April 11, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 8, 1903, which affirmed a judgment of Special Term sustaining a demurrer to the complaint.

The motion was made upon the ground that the appellant had not perfected the appeal or served upon the respondents his proposed case and exceptions.

*M. H. Kiley* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

AARON C. ALLEN, Appellant, *v.* HOME BANK, Respondent, Impleaded with Another.

*Allen* v. *Home Bank*, 87 App. Div. 626, appeal dismissed.
(Argued March 17, 1905; decided April 18, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1903, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Herman Aaron* for appellant.

*John M. Bowers* and *Latham G. Reed* for respondent.

Appeal dismissed, with costs, on opinion in *Allen* v. *Corn Exchange Bank* (181 N. Y. 278).

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not voting: O'BRIEN, J.